REBECCA L. WILLIAMS v.
DAUGHTERS OF MIRIAM NURSING HOME.

October 16, 1973. Petition for certification denied.

AMG ASSOCIATES v. TOWNSHIP OF SPRINGFIELD.

October 16, 1973. Petition for certification granted.

NELL McCANN, INDIVIDUALLY AND TRADING AS NELL McCANN REALTY v. STEVEN BISS AND ERNEST E. WUESTER.

October 16, 1973. Petition for certification granted.

ROBERT RIBEIRO AND MARY ANNE DUNCAN RIBEIRO v. GENERAL MOTORS CORP.

October 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. NATHAN WOLFSON.

October 16, 1973. Petition for certification denied.